IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STEVEN K. MANAS | § | |
| | § | |
| VS. | § | ACTION NO. 4:12-CV-885-Y |
| | § | |
| CAROLYN W. COLVIN, Acting | § | |
| Commissioner of Social Security | § | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

On February 28, 2014, the United States magistrate judge issued his proposed findings, conclusions, and recommendation in the above-styled and numbered cause.  The magistrate judge gave all parties until March 14 to serve and file with the Court written objections to his findings, conclusions, and recommendation.  No written objections have been received from either party.  *See Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1428-29 (5th Cir. 1996). As a result, in accordance with 28 U.S.C. § 636(b)(1), *de novo* review is not required.  Nevertheless, the Court has reviewed the findings, conclusions, and recommendation for error and has found none.

Thus, the Court concludes that the findings and conclusions of the magistrate judge should be and are hereby ADOPTED as the findings and conclusions of this Court.  It is, therefore, ORDERED that the decision of the Commissioner should be and hereby is AFFIRMED for the reasons set forth in the magistrate judge's decision.

SIGNED March 19, 2014.

/s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE